**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.:  19-cv-62450-BLOOM/Valle**
**(BY CONSENT)**

DEREK SAUNDERS,

       Plaintiff,

vs.

AMPLUS AIR CONDITIONING CONTRACTOR,
INC., AND MICHEL PEREZ,

       Defendants.

_____/

## [PROPOSED] ORDER APPROVING FLSA SETTLEMENT AND DISMISSAL WITH PREJUDICE

**THIS MATTER**, having come before the Court upon the Parties' joint Motion for

Approval of FLSA Settlement for Dismissal with Prejudice, and the Court having reviewed this

matter and being otherwise fully advised in the premises, it is hereby:

**ORDERED and ADJUDGED** that the FLSA settlement approved pursuant to *Lynn's*

*Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982) and the matter is hereby

**DISMISSED** with prejudice.  **DONE and ORDERED** in Chambers in the Southern District of

Florida on _____.


_____
UNITED STATES MAGISTRATE COURT JUDGE


Copies furnished to: All counsel of record